**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| BENJAMIN RYAN MERCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV425-245 |
| | ) | |
| SGT. ROBINSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

*Pro se* plaintiff Benjamin Ryan Merck filed this case alleging excessive force claims against Defendants Sgt. Robinson and Ofc. Murrell. *See, e.g.,* doc. 9 at 2-4. The Court approved his claims for service on the Defendants, *id.* at 4, and they filed their Answer, doc. 17. They have also filed a Motion for Summary Judgment. Doc. 24. However, since December 2025, all of the Court's filings mailed to Plaintiff have been returned by the United States Post Office as undeliverable. *See* docs. 14, 15, 20, 23, & 26. He has not filed anything in this case in over seven months. *See generally* docket. It appears, therefore, that he has failed to keep the Court apprised of his current address, in violation of the Court's Local Rules, *see* S.D. Ga. L. Civ. R. 11.1 ("Each attorney and

pro se litigant has a continuing obligation to apprise the Court of any address change."), and has abandoned this case.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Plaintiffs' failure to keep the Court apprised of his current address and otherwise prosecute this case warrants dismissal.

Accordingly, Plaintiff's Complaint should be **DISMISSED**. Doc. 1; *see, e.g.,* Fed. R. Civ. P. 41(b). This Report and Recommendation (R&R) is submitted to the district judge assigned to these actions, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 16th day of July, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA