**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

BENJAMIN RYAN MERCK,

      Plaintiff,

    v.

SGT. ROBINSON, et al.,

      Defendants.

CIVIL ACTION NO.: 4:25-cv-245

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 16, 2026, Report and Recommendation, (doc. 27), to which plaintiff has not filed an objection.[1]  Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 27.)  Plaintiff's Complaint is **DISMISSED**.  (Doc. 1.)  Defendants' Motion for Summary Judgment is **DISMISSED** as moot.  (Doc. 24.)  The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 5th day of August, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1]  The service copy of the Report and Recommendation was returned as undeliverable, (doc. 28), confirming the Report and Recommendation's finding that Merck has failed to comply with the Local Rules' requirement to apprise the Court of any address change.  (Doc. 27, pp. 1—2).